# SC DOCKET SHEET
## CASE NO. KC-2023-0251

| | | |
|---|---|---|
| Matthew Winfield<br>v.<br>Charles Herman et al. | §<br>§<br>§<br>§<br>§ | Location: **Kent County Superior Court**<br>Filed on: **04/06/2023**<br>US District Court Case **1:23-cv-00211**<br>Number: |

---

### CASE INFORMATION

**Statistical Closures**
05/18/2023    Closed-Non Trial-Unassigned-Removed to Federal Court

Case Type: **Civil Action**

Case Status: **05/18/2023   Closed**

Case Flags: **Claim for Jury Trial**

---

| DATE | CASE ASSIGNMENT |
|---|---|
| | **Current Case Assignment**<br>Case Number       KC-2023-0251<br>Court                  Kent County Superior Court<br>Date Assigned    04/06/2023 |

---

### PARTY INFORMATION

| | | Lead Attorneys |
|---|---|---|
| **Plaintiff** | **Winfield, Matthew** | **GOLDBERG, LAWRENCE L**<br>*Retained*<br>4019415770 x000(W) |
| **Defendant** | **Herman, Charles E.**<br><br>**United States Postal Service** | |

---

| DATE | EVENTS & ORDERS OF THE COURT |
|---|---|
| 05/18/2023 | Closed-Non Trial-Unassigned-Removed to Federal Court |
| 05/18/2023 | Case Removed to US District Court |
| 05/17/2023 | Notice of Removal<br>*Notice of filing of notice of removal* |
| 04/20/2023 | Summons Returned Served<br>*summons served* |
| 04/14/2023 | Summons Returned Served<br>*served summons to USPS* |
| 04/07/2023 | Summons |
| 04/06/2023 | Complaint Filed<br>*complaint* |



## STATE OF RHODE ISLAND
## AND PROVIDENCE PLANTATIONS

### CLERK'S CERTIFICATE AND TRANSMITTAL OF THE RECORD

| Case Information |
| --- |

Case Caption: **Matthew Winfield** vs. **Charles Herman et al.**

Federal Court Case No. **1:23-cv-00211**     State Court Case No. **KC-2023-0251**

| Record Information |
| --- |

Confidential:     Yes ☐     No ☑     Description: _____

Sealed documents:     Yes ☐     No ☑     Description: _____

| Certification |
| --- |

I, **Danielle Keegan** _____, Clerk of the Rhode Island Superior Court for the County of

**Kent** _____ do certify that the attached documents are all the documents

included in the record in the above referenced case.

Date: May/18/2023

Clerk:
/s/ **Danielle Keegan** _____

Prepared by:
/s/ **Lindsay Zuercher** _____

Case Number: KC-2023-0251
Filed in Kent County Superior Court
Submitted: 5/17/2023 5:26 PM
Envelope: 4113447
Reviewer: Lindsay Z.

Case 1:23-cv-00211-JJM-LDA     Document 3     Filed 05/18/23     Page 3 of 29 PageID #: 20

# EXHIBIT A

Case Number: KC-2023-0251
Filed in Kent County Superior Court
Submitted: 5/17/2023 5:26 PM
Envelope: 4113447
Reviewer: Lindsay Z.

Case 1:23-CV-00211-JJM-LDA    Document 3    Filed 05/18/23    Page 4 of 29 PageID #: 21

# LAWRENCE L. GOLDBERG

LAWRENCE L. GOLDBERG*

*RHODE ISLAND BAR & MASSACHUSETTS BAR
MASHANTUCKET, PEQUOT TRIBAL BAR

**Law Associates**
88 Jefferson Boulevard
Warwick, RI 02888

TEL: (401) 941-5770
FAX: (401) 781-2434

April 10, 2023

USPS National Tort Center
Attn: Chief Counsel
1720 Market Street, Room 2400
St. Louis, MO 63155-9948

Re:  Matthew Winfield vs. Charles E. Herman & United States Postal Service
     C.A. No.: KC-20223-0251

Dear Chief Counsel:

Enclosed is a copy of process issued on a filed complaint as set forth in the enclosure.  You
should answer, plead, or otherwise defend.

Cordially,

Lawrence L. Goldberg, Esq.
LLG/fc



Case Number: KC-2023-0251
Filed in Kent County Superior Court
Submitted: 5/17/2023 5:26 PM
Envelope: 4113447
Reviewer: Lindsay Z.
1:23-CV-00211-JJM-LDA    Document 3    Filed 05/18/23    Page 5 of 29 PageID #: 22



# STATE OF RHODE ISLAND JUDICIARY

## SUPERIOR COURT

## SUMMONS

|  | **Civil Action File Number**<br>KC-2023-0251 |
|---|---|
| **Plaintiff**<br>Matthew Winfield<br>v.<br>Charles Herman et al.<br>**Defendant** | **Attorney for the Plaintiff or the Plaintiff**<br>Lawrence L Goldberg |
|  | **Address of the Plaintiff's Attorney or the Plaintiff**<br>88 Jefferson Blvd<br>Warwick RI 02888 |
| Noel Judicial Complex<br>Kent County<br>222 Quaker Lane<br>Warwick RI 02886<br>(401) 822-6900 | **Address of the Defendant**<br>1550 Nooseneck Hill Road<br>Coventry RI 02816 |

**TO THE DEFENDANT, United States Postal Service:**

The above-named Plaintiff has brought an action against you in said Superior Court in the county indicated above. You are hereby summoned and required to serve upon the Plaintiff's attorney, whose address is listed above, an answer to the complaint which is herewith served upon you within twenty (20) days after service of this Summons upon you, exclusive of the day of service.

If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Your answer must also be filed with the court.

As provided in Rule 13(a) of the Superior Court Rules of Civil Procedure, unless the relief demanded in the complaint is for damage arising out of your ownership, maintenance, operation, or control of a motor vehicle, or unless otherwise provided in Rule 13(a), your answer must state as a counterclaim any related claim which you may have against the Plaintiff, or you will thereafter be barred from making such claim in any other action.

| This Summons was generated on 4/7/2023. | /s/ Danielle Keegan<br>Clerk |
|---|---|

Witness the seal/watermark of the Superior Court

SC-CMS-1 (revised November 2022)

Case Number: KC-2023-0251
Filed in Kent County Superior Court
Submitted: 5/17/2023 5:26 PM
Envelope: 4113447
Reviewer: Lindsay Z.

Case 1:23-cv-00211-JJM-LDA    Document 3    Filed 05/18/23    Page 6 of 29 PageID #: 23



# STATE OF RHODE ISLAND JUDICIARY

## SUPERIOR COURT

| | |
|---|---|
| **Plaintiff** <br> Matthew Winfield <br> v. <br> Charles Herman et al. <br> **Defendant** | **Civil Action File Number** <br> KC-2023-0251 |

---

## PROOF OF SERVICE

I hereby certify that on the date below I served a copy of this Summons, complaint, Language Assistance Notice, and all other required documents received herewith upon the Defendant, United States Postal Service, by delivering or leaving said papers in the following manner:

☐ With the Defendant personally.

☐ At the Defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person of suitable age and discretion _____
Address of dwelling house or usual place of abode _____
_____
Age _____
Relationship to the Defendant _____

☐ With an agent authorized by appointment or by law to receive service of process.
Name of authorized agent _____
If the agent is one designated by statute to receive service, further notice as required by statute was given as noted below.
_____

☐ With a guardian or conservator of the Defendant.
Name of person and designation _____

☐ By delivering said papers to the attorney general or an assistant attorney general if serving the state.

☐ Upon a public corporation, body, or authority by delivering said papers to any officer, director, or manager.
Name of person and designation _____

Page 1 of 2

SC-CMS-1 (revised November 2022)



# STATE OF RHODE ISLAND JUDICIARY

## SUPERIOR COURT

Upon a private corporation, domestic or foreign:

☐ By delivering said papers to an officer or a managing or general agent.
Name of person and designation _____

☐ By leaving said papers at the office of the corporation with a person employed therein.
Name of person and designation _____

☐ By delivering said papers to an agent authorized by appointment or by law to receive service of process.
Name of authorized agent _____
If the agent is one designated by statute to receive service, further notice as required by statute was given as noted below.
_____
_____

☐ I was unable to make service after the following reasonable attempts: _____
_____

| SERVICE DATE: ____ / ____ / ____ | SERVICE FEE $ _____ |
| Month    Day    Year | |

Signature of SHERIFF or DEPUTY SHERIFF or CONSTABLE

SIGNATURE OF PERSON OTHER THAN A SHERIFF or DEPUTY SHERIFF or CONSTABLE MUST BE NOTARIZED.

_____

Signature

State of _____
County of _____

On this _____ day of _____, 20____, before me, the undersigned notary public, personally appeared _____ ☐ personally known to the notary or ☐ proved to the notary through satisfactory evidence of identification, which was _____, to be the person who signed above in my presence, and who swore or affirmed to the notary that the contents of the document are truthful to the best of his or her knowledge.

Notary Public: _____
My commission expires: _____
Notary identification number: _____

Page 2 of 2

SC-CMS-I (revised November 2022)



# STATE OF RHODE ISLAND JUDICIARY

## SUPERIOR COURT

### SUMMONS

| | |
|---|---|
| | **Civil Action File Number**<br>KC-2023-0251 |
| **Plaintiff**<br>Matthew Winfield<br>v.<br>Charles Herman et al.<br>**Defendant** | **Attorney for the Plaintiff or the Plaintiff**<br>Lawrence L Goldberg |
| | **Address of the Plaintiff's Attorney or the Plaintiff**<br>88 Jefferson Blvd<br>Warwick RI 02888 |
| Noel Judicial Complex<br>Kent County<br>222 Quaker Lane<br>Warwick RI 02886<br>(401) 822-6900 | **Address of the Defendant**<br>13 Bailey Street<br>Cranston RI 02910 |

**TO THE DEFENDANT, Charles E. Herman:**

The above-named Plaintiff has brought an action against you in said Superior Court in the county indicated above. You are hereby summoned and required to serve upon the Plaintiff's attorney, whose address is listed above, an answer to the complaint which is herewith served upon you within twenty (20) days after service of this Summons upon you, exclusive of the day of service.

If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Your answer must also be filed with the court.

As provided in Rule 13(a) of the Superior Court Rules of Civil Procedure, unless the relief demanded in the complaint is for damage arising out of your ownership, maintenance, operation, or control of a motor vehicle, or unless otherwise provided in Rule 13(a), your answer must state as a counterclaim any related claim which you may have against the Plaintiff, or you will thereafter be barred from making such claim in any other action.

| | |
|---|---|
| This Summons was generated on 4/7/2023. | /s/ Danielle Keegan<br>Clerk |

Witness the seal/watermark of the Superior Court

SC-CMS-1 (revised November 2022)

Case Number: KC-2023-0251
Filed in Kent County Superior Court
Submitted: 5/17/2023 3:26 PM
Envelope: 4113447
Reviewer: Lindsay Z.

1:23-cv-00211-JJM-LDA    Document 3    Filed 05/18/23    Page 9 of 29 PageID #: 26



# STATE OF RHODE ISLAND JUDICIARY

## SUPERIOR COURT

| **Plaintiff** | **Civil Action File Number** |
|---|---|
| Matthew Winfield | KC-2023-0251 |
| v. | |
| Charles Herman et al. | |
| **Defendant** | |

## PROOF OF SERVICE

I hereby certify that on the date below I served a copy of this Summons, complaint, Language Assistance Notice, and all other required documents received herewith upon the Defendant, Charles E. Herman, by delivering or leaving said papers in the following manner:

☐ With the Defendant personally.

☐ At the Defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person of suitable age and discretion _____
Address of dwelling house or usual place of abode _____
_____
Age _____
Relationship to the Defendant _____

☐ With an agent authorized by appointment or by law to receive service of process.
Name of authorized agent _____
If the agent is one designated by statute to receive service, further notice as required by statute was given as noted below.
_____

☐ With a guardian or conservator of the Defendant.
Name of person and designation _____

☐ By delivering said papers to the attorney general or an assistant attorney general if serving the state.

☐ Upon a public corporation, body, or authority by delivering said papers to any officer, director, or manager.
Name of person and designation _____

Page 1 of 2

SC-CMS-1 (revised November 2022)

Case Number: KC-2023-0251
Filed in Kent County Superior Court
Submitted: 5/17/2023 5:26 PM
Envelope: 4113447
Reviewer: Lindsay Z.

Case 1:23-cv-00211-JJM-LDA     Document 3     Filed 05/18/23     Page 10 of 29 PageID #: 27



# STATE OF RHODE ISLAND JUDICIARY

## SUPERIOR COURT

Upon a private corporation, domestic or foreign:

☐ By delivering said papers to an officer or a managing or general agent.
Name of person and designation _____

☐ By leaving said papers at the office of the corporation with a person employed therein.
Name of person and designation _____

☐ By delivering said papers to an agent authorized by appointment or by law to receive service of process.
Name of authorized agent _____
If the agent is one designated by statute to receive service, further notice as required by statute was given as noted below.

_____

☐ I was unable to make service after the following reasonable attempts: _____
_____

| SERVICE DATE: _____ / _____ / _____ | SERVICE FEE $ _____ |
| Month     Day     Year | |

Signature of SHERIFF or DEPUTY SHERIFF or CONSTABLE

SIGNATURE OF PERSON OTHER THAN A SHERIFF or DEPUTY SHERIFF or CONSTABLE MUST BE NOTARIZED.

_____
Signature

State of _____
County of _____

On this _____ day of _____, 20____, before me, the undersigned notary public, personally appeared _____ ☐ personally known to the notary or ☐ proved to the notary through satisfactory evidence of identification, which was _____, to be the person who signed above in my presence, and who swore or affirmed to the notary that the contents of the document are truthful to the best of his or her knowledge.

Notary Public: _____
My commission expires: _____
Notary identification number: _____

Page 2 of 2

SC-CMS-I (revised November 2022)

Case Number: KC-2023-0251
Filed in Kent County Superior Court
Submitted: 3/17/2023 5:26 PM
Envelope: 4117347
Reviewer: Lindsay Z.

1:23-cv-00211-JJM-LDA    Document 3    Filed 05/18/23    Page 11 of 29 PageID #: 28

Case Number: KC-2023-0251
Filed in Kent County Superior Court
Submitted: 3/15/2023 1:37 PM
Envelope: 4097285
Reviewer: Lindsay Z.

STATE OF RHODE ISLAD                                    SUPERIOR COURT
KENT, SC


MATTHEW WINFIELD                                        C.A. No.:
    Plaintiff

Vs.

CHARLES E. HERMAN and
UNITED STATES POSTAL SERVICES
    Defendants


## COMPLAINT

1. Plaintiff, Matthew Winfield is a resident of the City of Hope, County of Providence, State of Rhode Island.

2. Defendant, Charles E. Herman, herein after referred to as Herman, is a resident of the City of Cranston, County of Providence, State of Rhode Island.

3. Defendant U.S. Postal service herein after referred to as USPS, is an agency of the government among other things operating vehicles on the public highways of the State of Rhode Island.

4. On or about May 1st, 2020, in the town of Coventry, County of Kent State of Rhode Island. Defendant Herman so negligently operated a vehicle belonging to defendant USPS, as to cause it to crash into the vehicle then and there occupied and being operated at all times material hereto in the exercise of due care by the plaintiff.

5. As a result of the afore described negligent operation of the vehicle the defendant Herman was operating with the consent of defendant USPS, the plaintiff was greatly injured in mind and body caused to lose earning capacity suffered cosmetic damages incur expenses then and in the future for medical care and was otherwise damaged as will be further shown at trial of the above matter.

6. The damages suffered by the plaintiff as before described were sufficient to invoke the jurisdiction of this honorable court.


1

Case Number: KC-2023-0251
Filed in Kent County Superior Court
Submitted: 4/17/2023 3:45 PM
Envelope: 4117347
Reviewer: Lindsay Z.

Case 1:23-cv-00211-JJM-LDA   Document 3   Filed 05/18/23   Page 12 of 29 PageID #: 29

Filed in Kent County Superior Court
Submitted: 4/5/2023 1:37 PM
Envelope: 4097285
Reviewer: Lindsay Z.

**WHEREFORE:** Plaintiff prays this honorable court:

1. Enter judgment against defendants in an amount sufficient to invoke the jurisdiction of this court plus interests and costs.

Matthew Winfield
By his Attorney,

Lawrence L. Goldberg, Esq. (#1491)
88 Jefferson Boulevard
Warwick, RI 02888
T. 401-941-5770
F. 401-781-2434
E: office@llgoldberg.com
E: assistant@llgoldberg.com

**PLAINTIFF REQUESTS TRIAL BY JURY ON ALL MATTERS SO TRIABLE IN THIS MATTER**

2

Case Number: KC-2023-0251
Filed in Kent County Superior Court
Submitted: 5/17/2023 5:26 PM
Envelope: 4113447
Reviewer: Lindsay Z.

Case 1:23-cv-00211-JJM-LDA    Document 3    Filed 05/18/23    Page 13 of 29 PageID #: 30

# STATE OF RHODE ISLAND

☐ SUPREME COURT ☑ SUPERIOR COURT ☐ FAMILY COURT ☐ DISTRICT COURT

☑ Providence/Bristol County or Sixth Division ☐ Washington County or Fourth Division
☐ Kent County or Third Division ☐ Newport County or Second Division

| Plaintiff GULF EXPRESS | Civil Action File Number PC-2023-00861 |
|---|---|
| **Defendant** THE UNITED STATES BY AND THROUGH THE UNITED STATES DEPARTMENT OF AGRICULTURE, FOOD AND NUTRITION SERV. | |

## ENTRY OF APPEARANCE – CIVIL CASES

I hereby enter my appearance for the ☐ Plaintiff/Petitioner ☑ Defendant/Respondent
United States of America                                                   .

| /s/ Lauren S. Zurier | 4496 |
|---|---|
| Attorney Name or Self-represented Litigant | Rhode Island Bar Number |

One Financial Plaza, 17th Floor, Providence, RI 02903
Address

| 401-709-5030 | |
|---|---|
| Telephone Number | Cell Telephone Number |

Lauren.Zurier@USDOJ.gov
Email Address

April 3, 2023
Date

## CERTIFICATE OF SERVICE

I hereby certify that, on the __3rd__ day of __April__, 20 23 :
☑ I filed and served this document through the electronic filing system on the following parties:
GULF EXPRESS                                                   .
The document electronically filed and served is available for viewing and/or downloading from the Rhode Island Judiciary's Electronic Filing System.

☐ I served this document through the electronic filing system on the following parties:
                                                                .
The document electronically served is available for viewing and/or downloading from the Rhode Island Judiciary's Electronic Filing System.

☐ I mailed or ☐ hand-delivered this document to the attorney for the opposing party and/or the opposing party if self-represented, whose name is _____
at the following address _____ .

/s/ Lauren S. Zurier
Name

CC-11 (revised June 2020)

Case Number: KC-2023-0251
Filed in Kent County Superior Court
Submitted: 5/17/2023 5:26 PM
Envelope: 4113447
Reviewer: Lindsay Z.

Case 1:23-cv-00211-JJM-LDA   Document 3   Filed 05/18/23   Page 14 of 29 PageID #: 31

STATE OF RHODE ISLAND AND PROVIDENCE PLANTATIONS

KENT COUNTY, SC                                    SUPERIOR COURT

| | |
|---|---|
| MATTHEW WINFIELD, | ) |
| Plaintiff, | )     KC-2023-025I |
| v. | ) |
| | ) |
| CHARLES HERMAN et al | ) |
| Defendants. | ) |

## NOTICE OF FILING OF REMOVAL

Please take notice that the United States of America has today filed a Notice of Removal

with respect to this action, a copy of which is attached hereto, in the Office of the Clerk of the

United States District Court for the District of Rhode Island. The grounds for removal are 28 U.S.C.

§ I44I and/or 28 U.S.C. § I442. Upon the filing of said Notice of Removal in the United States

District Court, said removal has been effectuated in accordance with Subsection (d) of 28 U.S.C.

§ I446.

Respectfully submitted,

UNITED STATES OF AMERICA

By its Attorneys,

ZACHARY A. CUNHA
United States Attorney

*/s/ Lauren S. Zurier*
Lauren S. Zurier (Bar No. 4496)
Assistant United States Attorney
One Financial Plaza, I7th Floor
Providence, RI   02903
Tel. No. (401)709-5000
Lauren.Zurier@usdoj.gov

## CERTIFICATE OF SERVICE

Case Number: KC-2023-0251
Filed in Kent County Superior Court
Submitted: 5/17/2023 5:26 PM
Envelope: 4113447
Reviewer: Lindsay Z.

1:23-cv-00211-JJM-LDA    Document 3    Filed 05/18/23    Page 15 of 29 PageID #: 32

I hereby certify that on the 17th day of May, 2023, I caused the within Notice of Filing of Removal to be filed electronically with the Rhode Island Judiciary's electronic filing system (EFS) and that it is available for viewing and downloading from EFS.

/s/ Lauren S. Zurier
Lauren S. Zurier
Assistant U.S. Attorney

A copy of the within Notice of Filing of Removal will be forwarded, postage prepaid mail, to:

Lawrence L. Goldberg, Esq.
88 Jefferson Blvd
Warwick, RI 02888
Counsel for Plaintiff

2

Case Number: KC-2023-0251
Filed in Kent County Superior Court
Submitted: 4/20/2023 2:46 PM
Envelope: 4075921
Reviewer: Danielle K.

Case 1:23-cv-00211-JJM-LDA    Document 3    Filed 05/18/23    Page 16 of 29 PageID #: 33



# STATE OF RHODE ISLAND JUDICIARY

## SUPERIOR COURT

### SUMMONS

| | |
|---|---|
| **Plaintiff**<br>Matthew Winfield<br>v.<br>Charles Herman et al.<br>**Defendant** | **Civil Action File Number**<br>KC-2023-0251 |
| | **Attorney for the Plaintiff or the Plaintiff**<br>Lawrence L Goldberg |
| | **Address of the Plaintiff's Attorney or the Plaintiff**<br>88 Jefferson Blvd<br>Warwick RI  02888 |
| Noel Judicial Complex<br>Kent County<br>222 Quaker Lane<br>Warwick RI  02886<br>(401) 822-6900 | **Address of the Defendant**<br>13 Bailey Street<br>Cranston RI  02910 |

**TO THE DEFENDANT, Charles E. Herman:**

The above-named Plaintiff has brought an action against you in said Superior Court in the county indicated above. You are hereby summoned and required to serve upon the Plaintiff's attorney, whose address is listed above, an answer to the complaint which is herewith served upon you within twenty (20) days after service of this Summons upon you, exclusive of the day of service.

If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.  Your answer must also be filed with the court.

As provided in Rule 13(a) of the Superior Court Rules of Civil Procedure, unless the relief demanded in the complaint is for damage arising out of your ownership, maintenance, operation, or control of a motor vehicle, or unless otherwise provided in Rule 13(a), your answer must state as a counterclaim any related claim which you may have against the Plaintiff, or you will thereafter be barred from making such claim in any other action.

| | |
|---|---|
| This Summons was generated on 4/7/2023. | /s/ Danielle Keegan<br>Clerk |

Witness the seal/watermark of the Superior Court

SC-CMS-1 (revised November 2022)

Case Number: KC-2023-0251
Filed in Kent County Superior Court
Submitted: 4/20/2023 2:46 PM
Envelope: 4075921
Reviewer: Danielle K.

Case 1:23-cv-00211-JJM-LDA    Document 3    Filed 05/18/23    Page 17 of 29 PageID #: 34



# STATE OF RHODE ISLAND JUDICIARY

## SUPERIOR COURT

| **Plaintiff** | **Civil Action File Number** |
|---|---|
| Matthew Winfield | KC-2023-0251 |
| v. | |
| Charles Herman et al. | |
| **Defendant** | |

### PROOF OF SERVICE

I hereby certify that on the date below I served a copy of this Summons, complaint, Language Assistance Notice, and all other required documents received herewith upon the Defendant, Charles E. Herman, by delivering or leaving said papers in the following manner:

☒ With the Defendant personally.    @ 13 Bailey St. Cranston. RI

☐ At the Defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
    Name of person of suitable age and discretion _____
    Address of dwelling house or usual place of abode _____

    Age _____
    Relationship to the Defendant _____

☐ With an agent authorized by appointment or by law to receive service of process.
    Name of authorized agent _____
    If the agent is one designated by statute to receive service, further notice as required by statute was given as noted below.
    _____

☐ With a guardian or conservator of the Defendant.
    Name of person and designation _____

☐ By delivering said papers to the attorney general or an assistant attorney general if serving the state.

☐ Upon a public corporation, body, or authority by delivering said papers to any officer, director, or manager.
    Name of person and designation _____

Page 1 of 2

SC-CMS-1 (revised November 2022)



Case Number: KC-2023-0251
Filed in Kent County Superior Court
Submitted: 4/20/2023 2:46 PM
Envelope: 4075921
Reviewer: Danielle K.

Case 1:23-cv-00211-JJM-LDA    Document 3    Filed 05/18/23    Page 18 of 29 PageID #: 35



# STATE OF RHODE ISLAND JUDICIARY

## SUPERIOR COURT

Upon a private corporation, domestic or foreign:

☐ By delivering said papers to an officer or a managing or general agent.
   Name of person and designation _____

☐ By leaving said papers at the office of the corporation with a person employed therein.
   Name of person and designation _____

☐ By delivering said papers to an agent authorized by appointment or by law to receive service of process.
   Name of authorized agent _____
   If the agent is one designated by statute to receive service, further notice as required by statute was given as noted below.

   _____

_____

☐ I was unable to make service after the following reasonable attempts: _____

_____

SERVICE DATE: 4 / 19 / 23    1:10 PM    SERVICE FEE $ 45
              Month  Day  Year

Signature of SHERIFF or DEPUTY SHERIFF or CONSTABLE    *Thomas Braun 6175*

SIGNATURE OF PERSON OTHER THAN A SHERIFF or DEPUTY SHERIFF or CONSTABLE MUST BE NOTARIZED.

Signature _____

State of _____

County of _____

On this _____ day of _____, 20____, before me, the undersigned notary public, personally appeared _____ ☐ personally known to the notary or ☐ proved to the notary through satisfactory evidence of identification, which was _____, to be the person who signed above in my presence, and who swore or affirmed to the notary that the contents of the document are truthful to the best of his or her knowledge.

Notary Public: _____
My commission expires: _____
Notary identification number: _____

Page 2 of 2

SC-CMS-1 (revised November 2022)

Case Number: KC-2023-0251
Filed in Kent County Superior Court
Submitted: 4/14/2023 1:04 PM
Envelope: 4067636
Reviewer: Danielle K.

Case 1:23-cv-00211-JJM-LDA    Document 3    Filed 05/18/23    Page 19 of 29 PageID #: 36



# STATE OF RHODE ISLAND JUDICIARY

## SUPERIOR COURT

## SUMMONS

| | |
|---|---|
| | **Civil Action File Number**<br>KC-2023-0251 |
| **Plaintiff**<br>Matthew Winfield<br>v.<br>Charles Herman et al.<br>**Defendant** | **Attorney for the Plaintiff or the Plaintiff**<br>Lawrence L Goldberg |
| | **Address of the Plaintiff's Attorney or the Plaintiff**<br>88 Jefferson Blvd<br>Warwick RI 02888 |
| Noel Judicial Complex<br>Kent County<br>222 Quaker Lane<br>Warwick RI 02886<br>(401) 822-6900 | **Address of the Defendant**<br>1550 Nooseneck Hill Road<br>Coventry RI 02816 |

**TO THE DEFENDANT, United States Postal Service:**

The above-named Plaintiff has brought an action against you in said Superior Court in the county indicated above. You are hereby summoned and required to serve upon the Plaintiff's attorney, whose address is listed above, an answer to the complaint which is herewith served upon you within twenty (20) days after service of this Summons upon you, exclusive of the day of service.

If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Your answer must also be filed with the court.

As provided in Rule 13(a) of the Superior Court Rules of Civil Procedure, unless the relief demanded in the complaint is for damage arising out of your ownership, maintenance, operation, or control of a motor vehicle, or unless otherwise provided in Rule 13(a), your answer must state as a counterclaim any related claim which you may have against the Plaintiff, or you will thereafter be barred from making such claim in any other action.

| | |
|---|---|
| This Summons was generated on 4/7/2023. | /s/ Danielle Keegan<br>Clerk |

Witness the seal/watermark of the Superior Court

SC-CMS-1 (revised November 2022)

Case Number: KC-2023-0251
Filed in Kent County Superior Court
Submitted: 4/14/2023 1:04 PM
Envelope: 4067636
Reviewer: Danielle K.

Case 1:23-cv-00211-JJM-LDA    Document 3    Filed 05/18/23    Page 20 of 29 PageID #: 37

# STATE OF RHODE ISLAND JUDICIARY

## SUPERIOR COURT

| **Plaintiff** | **Civil Action File Number** |
|---|---|
| Matthew Winfield | KC-2023-0251 |
| v. | |
| Charles Herman et al. | |
| **Defendant** | |

## PROOF OF SERVICE

I hereby certify that on the date below I served a copy of this Summons, complaint, Language Assistance Notice, and all other required documents received herewith upon the Defendant, United States Postal Service, by delivering or leaving said papers in the following manner:

☐ With the Defendant personally.

☐ At the Defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person of suitable age and discretion _____
Address of dwelling house or usual place of abode _____

Age _____
Relationship to the Defendant _____

☐ With an agent authorized by appointment or by law to receive service of process.
Name of authorized agent _____
If the agent is one designated by statute to receive service, further notice as required by statute was given as noted below.

_____

☐ With a guardian or conservator of the Defendant.
Name of person and designation _____

☐ By delivering said papers to the attorney general or an assistant attorney general if serving the state.

☑ Upon a public corporation, body, or authority by delivering said papers to any officer, director, or manager.
Name of person and designation *Jeremy Nunes Postmaster @*
*1550 Nooseneck Hill Rd, Coventry RI*

Page 1 of 2

Case Number: KC-2023-0251
Filed in Kent County Superior Court
Submitted: 4/14/2023 1:04 PM
Envelope: 4067636
Reviewer: Danielle K.

Case 1:23-cv-00211-JJM-LDA   Document 3   Filed 05/18/23   Page 21 of 29 PageID #: 38



# STATE OF RHODE ISLAND JUDICIARY

## SUPERIOR COURT

Upon a private corporation, domestic or foreign:

☐ By delivering said papers to an officer or a managing or general agent.
  Name of person and designation _____

☐ By leaving said papers at the office of the corporation with a person employed therein.
  Name of person and designation _____

☐ By delivering said papers to an agent authorized by appointment or by law to receive service of process.
  Name of authorized agent _____
  If the agent is one designated by statute to receive service, further notice as required by statute was given as noted below.

  _____

☐ I was unable to make service after the following reasonable attempts: _____

  _____

SERVICE DATE: _04_/_11_/_2023_  10:00  Month  Day  Year        SERVICE FEE $ _45.-_

Signature of ~~SHERIFF~~ or ~~DEPUTY SHERIFF~~ or CONSTABLE

*Kimberly Dulude* #6103

SIGNATURE OF PERSON OTHER THAN A SHERIFF or DEPUTY SHERIFF or CONSTABLE MUST BE NOTARIZED.

Signature _____

State of _____

County of _____

On this _____ day of _____, 20___, before me, the undersigned notary public, personally appeared _____ ☐ personally known to the notary or ☐ proved to the notary through satisfactory evidence of identification, which was _____, to be the person who signed above in my presence, and who swore or affirmed to the notary that the contents of the document are truthful to the best of his or her knowledge.

Notary Public: _____
My commission expires: _____
Notary identification number: _____

Page 2 of 2

SC-CMS-1 (revised November 2022)

*Supervisor/Postmaster*

*Jeremy Nunes*



# STATE OF RHODE ISLAND JUDICIARY

## SUPERIOR COURT

## SUMMONS

| | |
|---|---|
| | **Civil Action File Number**<br>KC-2023-0251 |
| **Plaintiff**<br>Matthew Winfield<br>v.<br>Charles Herman et al.<br>**Defendant** | **Attorney for the Plaintiff or the Plaintiff**<br>Lawrence L Goldberg |
| | **Address of the Plaintiff's Attorney or the Plaintiff**<br>88 Jefferson Blvd<br>Warwick RI 02888 |
| Noel Judicial Complex<br>Kent County<br>222 Quaker Lane<br>Warwick RI 02886<br>(401) 822-6900 | **Address of the Defendant**<br>1550 Nooseneck Hill Road<br>Coventry RI 02816 |

**TO THE DEFENDANT, United States Postal Service:**

The above-named Plaintiff has brought an action against you in said Superior Court in the county indicated above. You are hereby summoned and required to serve upon the Plaintiff's attorney, whose address is listed above, an answer to the complaint which is herewith served upon you within twenty (20) days after service of this Summons upon you, exclusive of the day of service.

If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Your answer must also be filed with the court.

As provided in Rule 13(a) of the Superior Court Rules of Civil Procedure, unless the relief demanded in the complaint is for damage arising out of your ownership, maintenance, operation, or control of a motor vehicle, or unless otherwise provided in Rule 13(a), your answer must state as a counterclaim any related claim which you may have against the Plaintiff, or you will thereafter be barred from making such claim in any other action.

| | |
|---|---|
| This Summons was generated on 4/7/2023. | /s/ Danielle Keegan<br>Clerk |

Witness the seal/watermark of the Superior Court

SC-CMS-1 (revised November 2022)



# STATE OF RHODE ISLAND JUDICIARY

## SUPERIOR COURT

| | |
|---|---|
| **Plaintiff**<br>Matthew Winfield<br> v.<br>Charles Herman et al.<br>**Defendant** | **Civil Action File Number**<br>KC-2023-0251 |

### PROOF OF SERVICE

I hereby certify that on the date below I served a copy of this Summons, complaint, Language Assistance Notice, and all other required documents received herewith upon the Defendant, United States Postal Service, by delivering or leaving said papers in the following manner:

☐ With the Defendant personally.

☐ At the Defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
 Name of person of suitable age and discretion _____
 Address of dwelling house or usual place of abode _____
 _____
 Age _____
 Relationship to the Defendant _____

☐ With an agent authorized by appointment or by law to receive service of process.
 Name of authorized agent _____
 If the agent is one designated by statute to receive service, further notice as required by statute was given as noted below.
 _____

☐ With a guardian or conservator of the Defendant.
 Name of person and designation _____

☐ By delivering said papers to the attorney general or an assistant attorney general if serving the state.

☐ Upon a public corporation, body, or authority by delivering said papers to any officer, director, or manager.
 Name of person and designation _____

Page 1 of 2

SC-CMS-1 (revised November 2022)



# STATE OF RHODE ISLAND JUDICIARY

## SUPERIOR COURT

Upon a private corporation, domestic or foreign:
- ☐ By delivering said papers to an officer or a managing or general agent.
  Name of person and designation _____
- ☐ By leaving said papers at the office of the corporation with a person employed therein.
  Name of person and designation _____
- ☐ By delivering said papers to an agent authorized by appointment or by law to receive service of process.
  Name of authorized agent _____
  If the agent is one designated by statute to receive service, further notice as required by statute was given as noted below.
  _____

☐ I was unable to make service after the following reasonable attempts: _____
_____

| SERVICE DATE: _____ / _____ / _____ | SERVICE FEE $ _____ |
| Month    Day    Year | |

Signature of SHERIFF or DEPUTY SHERIFF or CONSTABLE

SIGNATURE OF PERSON OTHER THAN A SHERIFF or DEPUTY SHERIFF or CONSTABLE MUST BE NOTARIZED.

_____
 Signature

State of _____
County of _____

   On this _____ day of _____, 20____, before me, the undersigned notary public, personally appeared _____ ☐ personally known to the notary or ☐ proved to the notary through satisfactory evidence of identification, which was _____, to be the person who signed above in my presence, and who swore or affirmed to the notary that the contents of the document are truthful to the best of his or her knowledge.

Notary Public: _____
My commission expires: _____
Notary identification number: _____

Page 2 of 2

SC-CMS-1 (revised November 2022)



# STATE OF RHODE ISLAND JUDICIARY

## SUPERIOR COURT

## SUMMONS

| | |
|---|---|
| | **Civil Action File Number**<br>KC-2023-0251 |
| **Plaintiff**<br>Matthew Winfield<br> v.<br>Charles Herman et al.<br>**Defendant** | **Attorney for the Plaintiff or the Plaintiff**<br>Lawrence L Goldberg |
| | **Address of the Plaintiff's Attorney or the Plaintiff**<br>88 Jefferson Blvd<br>Warwick RI  02888 |
| Noel Judicial Complex<br>Kent County<br>222 Quaker Lane<br>Warwick RI  02886<br>(401) 822-6900 | **Address of the Defendant**<br>13 Bailey Street<br>Cranston RI  02910 |

**TO THE DEFENDANT, Charles E. Herman:**

The above-named Plaintiff has brought an action against you in said Superior Court in the county indicated above. You are hereby summoned and required to serve upon the Plaintiff's attorney, whose address is listed above, an answer to the complaint which is herewith served upon you within twenty (20) days after service of this Summons upon you, exclusive of the day of service.

If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.  Your answer must also be filed with the court.

As provided in Rule 13(a) of the Superior Court Rules of Civil Procedure, unless the relief demanded in the complaint is for damage arising out of your ownership, maintenance, operation, or control of a motor vehicle, or unless otherwise provided in Rule 13(a), your answer must state as a counterclaim any related claim which you may have against the Plaintiff, or you will thereafter be barred from making such claim in any other action.

| | |
|---|---|
| This Summons was generated on 4/7/2023. | /s/ Danielle Keegan<br>Clerk |

Witness the seal/watermark of the Superior Court

SC-CMS-1 (revised November 2022)



# STATE OF RHODE ISLAND JUDICIARY

## SUPERIOR COURT

| | |
|---|---|
| **Plaintiff**<br>Matthew Winfield<br> v.<br>Charles Herman et al.<br>**Defendant** | **Civil Action File Number**<br>KC-2023-0251 |

## PROOF OF SERVICE

I hereby certify that on the date below I served a copy of this Summons, complaint, Language Assistance Notice, and all other required documents received herewith upon the Defendant, Charles E. Herman, by delivering or leaving said papers in the following manner:

☐ With the Defendant personally.

☐ At the Defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person of suitable age and discretion _____
Address of dwelling house or usual place of abode _____
_____
Age _____
Relationship to the Defendant _____

☐ With an agent authorized by appointment or by law to receive service of process.
Name of authorized agent _____
If the agent is one designated by statute to receive service, further notice as required by statute was given as noted below.
_____

☐ With a guardian or conservator of the Defendant.
Name of person and designation _____

☐ By delivering said papers to the attorney general or an assistant attorney general if serving the state.

☐ Upon a public corporation, body, or authority by delivering said papers to any officer, director, or manager.
 Name of person and designation _____

Page 1 of 2

SC-CMS-1 (revised November 2022)



# STATE OF RHODE ISLAND JUDICIARY

## SUPERIOR COURT

Upon a private corporation, domestic or foreign:
  ☐ By delivering said papers to an officer or a managing or general agent.
    Name of person and designation _____
  ☐ By leaving said papers at the office of the corporation with a person employed therein.
    Name of person and designation _____
  ☐ By delivering said papers to an agent authorized by appointment or by law to receive service of process.
  Name of authorized agent _____
  If the agent is one designated by statute to receive service, further notice as required by statute was given as noted below.
  _____

☐ I was unable to make service after the following reasonable attempts: _____
_____

SERVICE DATE: _____/_____/_____     SERVICE FEE $ _____
           Month  Day   Year

Signature of SHERIFF or DEPUTY SHERIFF or CONSTABLE


SIGNATURE OF PERSON OTHER THAN A SHERIFF or DEPUTY SHERIFF or CONSTABLE MUST BE NOTARIZED.

_____
 Signature

State of _____
County of _____

   On this _____ day of _____, 20____, before me, the undersigned notary public, personally appeared _____ ☐ personally known to the notary or ☐ proved to the notary through satisfactory evidence of identification, which was _____, to be the person who signed above in my presence, and who swore or affirmed to the notary that the contents of the document are truthful to the best of his or her knowledge.

                 Notary Public: _____
                 My commission expires: _____
                 Notary identification number: _____

Page 2 of 2

SC-CMS-I (revised November 2022)

Case Number: KC-2023-0251
Filed in Kent County Superior Court
Submitted: 4/6/2023 1:37 PM
Envelope: 4057285
Reviewer: Lindsay Z.

1:23-cv-00211-JJM-LDA     Document 3     Filed 05/18/23     Page 28 of 29 PageID #: 45

STATE OF RHODE ISLAD                                   SUPERIOR COURT
KENT, SC


MATTHEW WINFIELD                                       C.A. No.:
     Plaintiff


Vs.


CHARLES E. HERMAN and
UNITED STATES POSTAL SERVICES
     Defendants



## **COMPLAINT**


1.  Plaintiff, Matthew Winfield is a resident of the City of Hope, County of Providence, State of Rhode Island.

2.  Defendant, Charles E. Herman, herein after referred to as Herman, is a resident of the City of Cranston, County of Providence, State of Rhode Island.

3.  Defendant U.S. Postal service herein after referred to as USPS, is an agency of the government among other things operating vehicles on the public highways of the State of Rhode Island.

4.  On or about May 1st, 2020, in the town of Coventry, County of Kent State of Rhode Island.  Defendant Herman so negligently operated a vehicle belonging to defendant USPS, as to cause it to crash into the vehicle then and there occupied and being operated at all times material hereto in the exercise of due care by the plaintiff.

5.  As a result of the afore described negligent operation of the vehicle the defendant Herman was operating with the consent of defendant USPS, the plaintiff was greatly injured in mind and body caused to lose earning capacity suffered cosmetic damages incur expenses then and in the future for medical care and was otherwise damaged as will be further shown at trial of the above matter.

6.  The damages suffered by the plaintiff as before described were sufficient to invoke the jurisdiction of this honorable court.

Case Number: KC-2023-0251
Filed in Kent County Superior Court
Submitted: 4/6/2023 1:37 PM
Envelope: 4057285
Reviewer: Lindsay Z.

Case 1:23-cv-00211-JJM-LDA    Document 3    Filed 05/18/23    Page 29 of 29 PageID #: 46

**WHEREFORE:** Plaintiff prays this honorable court:

1.  Enter judgment against defendants in an amount sufficient to invoke the jurisdiction of this court plus interests and costs.

Matthew Winfield
By his Attorney,

Lawrence L. Goldberg, Esq. (#1491)
88 Jefferson Boulevard
Warwick, RI 02888
T. 401-941-5770
F. 401-781-2434
E: office@llgoldberg.com
E: assistant@llgoldberg.com

**PLAINTIFF REQUESTS TRIAL BY JURY ON ALL MATTERS SO TRIABLE IN THIS MATTER**

2